FILED IN OPEN COURT
DATE 5-26-16
BY: _____
DEPUTY CLERK
Roanoke DIVISION, W.D. of VA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 7:15CR00082 |
| | : | |
| KEITH SHATEEK HOLLAND | : | |

## AGREED STATEMENT OF FACTS

Police discovered that a house on Dale Avenue, in the City of Roanoke, in the Western District of Virginia, was being used for the distribution of heroin. Based on this information, on August 13, 2015, police obtained a search warrant, and searched the house. Inside, they discovered distribution quantities of heroin, cocaine, multiple firearms, ammunition, and indicia of the distribution of heroin.

Mr. Holland was present in this house at the time of the search. An upstairs bedroom was determined to be his. In this bedroom, police found approximately 1,800 dosage units of heroin, which would be about 54 grams of heroin. Other lesser quantities of heroin and cocaine were discovered elsewhere in the house. Mr. Holland was advised of his Miranda rights, and admitted that he was there to supervise heroin distribution out of the house. Specifically, he was to ensure that the New Jersey heroin suppliers, for whom he worked, were properly and fully paid for their heroin. He had been performing this role in the house for about two weeks prior to the search warrant. He further admitted that on at least two occasions during that time, a supplier from New Jersey had been to the house to deliver additional heroin and collect money.

Based on this, it is fair to say that Mr. Holland could foresee the presence of at least 60 grams of heroin.

I agree that this is a correct statement of the facts that the United States would have been able to prove, had this matter gone to trial.

_____
Keith Shateek Holland
Defendant

_____
Randy Cargill, Esq.
Counsel for Defendant

_____
Assistant United States Attorney